■ CHRISTOPHER F. JARVIS, Appellant, v LAFARGE NORTH AMERICA, INC., et al., Respondents. (Appeal No. 1.) [858 NYS2d 625]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered October 31, 2006 in a personal injury action. The order, insofar as appealed from, granted in part defendants' motion for partial summary judgment and denied plaintiff's cross motion for partial summary judgment.

■ CHRISTOPHER F. JARVIS, Appellant, v LAFARGE NORTH AMERICA, INC., et al., Respondents. (Appeal No. 2.) [858 NYS2d 625]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered March 28, 2007 in a personal injury action. The order denied plaintiff's motion to set aside the jury verdict and for judgment as a matter of law or, alternatively, for a new trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Smith, Centra, Peradotto and Pine, JJ.